ROY PRIEST, APPELLEE, V. ELMER R. PORTER, APPELLANT.

FILED MARCH 19, 1930. No. 26840.

*Gaines, McGilton, Van Orsdell & Gaines* and *Weaver & Giller,* for appellant.

*Brome, Thomas, Ramsey & McGuire* and *A. T. Bradford,* contra.

Heard before GOSS, C. J., DEAN, GOOD and EBERLY, JJ., and RHOADES, SPEAR and TEWELL, District Judges.

PER CURIAM.

This is an action to recover damages for malpractice. Upon trial in the district court for Douglas county a verdict

was rendered for plaintiff in the sum of $15,000. From a judgment rendered thereon defendant has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.